UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALDO ZAVALETA,

       Petitioner,

v.                                            Case No. 12-15674

DAVID BERGH,

       Respondent.
                                    /

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this court's Opinion and Order dated August 31, 2014, Judgment is entered in favor of Respondent David Bergh and against Petitioner Donaldo Zavaleta.

Dated at Detroit, Michigan this 31st day of August, 2014.

                                                           DAVID J. WEAVER
                                                           CLERK OF THE COURT

                             BY:    S/Lisa Wagner
                                                   Lisa Wagner, Case Manager and
                                                   Deputy Clerk to
                                                   Judge Robert H. Cleland
                                                   (313) 234-5522